Elizabeth Rosenfeld (CA Bar No. 106577)
Email: rosenfeld@wkpyc.com
Sally S. Frontman (CA Bar No. 227735)
Email: sfrontman@wkpyc.com
**WOHLNER KAPLON PHILLIPS YOUNG & CUTLER**
15456 Ventura Boulevard, Suite 500
Sherman Oaks, California 91403
Telephone: (818) 501-8030
Facsimile: (818) 501-5306

Attorneys for Plaintiffs Board of Trustees of the Southern California Floor Covering Pension Trust Fund, et al.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Western Division)

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA FLOOR COVERING PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> R.H. RELIANT FLOOR COVERING, a California corporation, <br><br> Defendant. | CASE NO. CV-08-7433-VBF (SHx) <br><br> Hon. Valerie Baker Fairbank <br><br> COURT ORDER TO SHOW CAUSE RE CONTEMPT OF RUBEN HERNANDEZ <br><br> [18 U.S.C. § 401(3)] <br><br> DATE: December 14, 2009 <br> TIME: 1:30 p.m. <br> CTRM.: 9 |

TO: RUBEN HERNANDEZ, President of R.H. RELIANT FLOOR COVERING, a California corporation:

YOU ARE HEREBY ORDERED to appear to answer and show why RUBEN HERNANDEZ should not be held in civil contempt for: (1) The disobedience of the Court's October 19, 2009 Court Order For Appearance and Examination of RUBEN HERNANDEZ, as President of defendant and judgment debtor corporation, R.H. Reliant Floor Covering, a California corporation,

personally served upon him on October 5, 2009, and requiring him to appear and give testimony on October 19, 2009, and (2) disobedience of Civil Subpoena, personally served upon him on October 5, 2009, requiring him to produce records and give testimony on October 19, 2009.

The hearing on the Order to Show Cause shall take place before District Court Judge, The Honorable Valerie Baker Fairbank, on the 14th day of January, 2010, at 2:30 p.m., in Courtroom 9 of the court located at 312 North Spring Street, Los Angeles, California 90012.  If Ruben Hernandez objects to being held in civil contempt, he shall file a legal memorandum of points and authorities containing his objections, no later than January 4, 2010 and judgment creditors may file a response or memorandum supporting contempt not later than January 11, 2010.

Judgment creditors in this action shall promptly personally serve this Order on Ruben Hernandez within two weeks, by December 23, 2009.

The hearing on Plaintiff's Motion for Issuance of an Order to Show Cause, set for December 14, 2009, is taken off calendar.

Dated: December 9, 2009

_____
HON. VALERIE BAKER FAIRBANK
U. S. DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

    I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address and place of employment is 15456 Ventura Boulevard, Suite 500, Sherman Oaks, California 91403.

    On the date set forth below, I served the document described as **[PROPOSED] COURT ORDER TO SHOW CAUSE RE CONTEMPT OF RUBEN HERNANDEZ** on the interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope addressed as follows:

        Ruben Hernandez, Authorized Agent
        R.H. Reliant Floor Covering,
        a California corporation
        28662 Crown Heights Court
        Santa Clarita, CA 91387

[X] (BY MAIL) [X] I deposited such envelope in the mail at Sherman Oaks, California. The envelope was mailed with postage thereon fully prepaid.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] (BY PERSONAL SERVICE), I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL), I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on November 4, 2009 at Sherman Oaks, California.

                              _____
                              HELEN FLAX